IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASANDRA VARGAS,

            Plaintiff,            1:23-CV-0620-GTS-TWD

-v-

CAROLYN COLVIN[1],
ACTING COMMISSIONER
OF SOCIAL SECURITY,

            Defendant.

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, Esq., attorney for the Plaintiff, that the Commissioner of Social Security shall pay Plaintiff the sum of **$7,123.34** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0 as this case was filed *in forma pauperis*.

DATED:  December 16, 2024

| | |
|---|---|
| CARLA B. FREEDMAN<br>United States Attorney | HILLER COMERFORD INJURY<br>& DISABILITY LAW, PLLC<br>Attorneys for Plaintiff |
| BY: */s/ Vernon Norwood*<br>VERNON NORWOOD<br>Special Assistant U.S. Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration | BY: */s/ Justin Goldstein*<br>JUSTIN M. GOLDSTEIN<br>6000 N. Bailey Ave, Suite 1A<br>Amherst, N.Y. 14226<br>(716) 564-3288<br>jgoldstein@hillercomerford.com |

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

6401 Security Boulevard
Baltimore, Maryland 21235
(212) 264-9471
vernon.norwood@ssa.gov


**SO ORDERED:**

_____
Glenn T. Suddaby
U.S. District Judge

  December 17            , 2024